UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| EHAB MUHAMMED AL HASNAWI, | |
|---|---|
| Plaintiff, | NO: 4:23-CV-5034-TOR |
| vs. | ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE OF SERVICE |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendant. | |

On March 3, 2023, a Complaint was filed in this case. ECF No. 1. A Summons was issued for Plaintiff the same day. ECF No. 3. That Summons was returned unexecuted on April 4, 2023. ECF No. 4.

According to Federal Rule of Civil Procedure Rule 4(i)(1), in order to serve the United States a Plaintiff must:

> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or

ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE OF SERVICE ~ 1

> (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
>
> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.;
>
> **and**
>
> (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Plaintiff has not shown compliance with Rule 4(i)(1).

Also, according to Federal Rule of Civil Procedure Rule 4(m), the Plaintiff must serve the Summons and Complaint on the Defendant within 90 days after the complaint is filed or suffer dismissal. Specifically, Rule 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Because of this strict requirement, the Local Civil Rules for this District provide that "plaintiff shall promptly file proof of service of the summons and complaint with the Clerk of Court after service has been accomplished." LCivR 4(l). Plaintiff has not complied with Local Civil Rule 4(l) either.

The Court provided Plaintiff with a "Notice of Failure of Proper Service" on May 25, 2023. ECF No. 7. Plaintiff did not respond or provide proof of service.

//

ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE OF SERVICE ~ 2

**ACCORDINGLY**, **IT IS HEREBY ORDERED:**

The Complaint, ECF No. 1, is **DISMISSED without prejudice.**

The District Court Executive is hereby directed to enter this Order and Judgment, furnish copies to Plaintiff at his last known address, and **CLOSE** the file.

DATED July 27, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE OF SERVICE ~ 3